1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE PRINCE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

**FILED**

APR 13 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | S.W. NO. 2:11-SW-0316 DAD |
| ) | |
| 6155 Oak Hill Drive Granite Bay, ) | ORDER RE: REQUEST TO UNSEAL |
| California 95746 ) | SEARCH WARRANT AND SEARCH |
| ) | WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: Apr-( 13, 2011

_____
United States Magistrate Judge

1